**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SEANTEL CUNNINGHAM,
Plaintiff,

Case No. 1:24-cv-2521-LMM-RGV

v.

EQUIFAX INFORMATION SERVICES, LLC,
Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Notice is hereby given that Plaintiff hereby dismisses the above-captioned action, with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: February 24, 2025

/s/ Renee Taylor
Renee Taylor
Georgia Bar No. 195455
Attorney for Plaintiff
Metro City Injury Attorney
2330 Scenic Hwy., Suite 1001
Snellville, GA 30078
Phone: (484) 438-7243
Email: reneet@metrocitylawyers.com

**Certificate of Service**

I certify that on February 24, 2025, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Renee Taylor

**LOCAL RULE 5.1 CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

/s/ Renee Taylor